(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgment in a Criminal Case for a Petty Offense (Probation)      **Judgment**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED
09/30/2025
Clerk, U.S. District Court
Western District of Texas

By: _FM_
Deputy

**UNITED STATES OF AMERICA** §
§ CASE NUMBER: **EP:25-M -05352(1) MAT**
vs. §
§
**(1) MARCELO PRADILLO-BAJANDO** §
Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, Marcelo PRADILLO-Bajando, was represented by counsel, Art Werge.

The defendant pled guilty to the Misdemeanor Information on September 30, 2025. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | Improper Entry by an Alien | September 24, 2025 |
| 50 USC 797 | Prohibits Willful Violation of Defense Property Security Regulation | September 24, 2025 |
| 18 USC 1382 | Entry of Military Property for any Purpose Prohibited by Law | September 24, 2025 |

As pronounced on September 30, 2025, the defendant is sentenced to **two (2) years probation, nonreporting and unsupervised. All counts to run concurrent. The defendant is not permitted to commit another federal, state or local crime, nor is the defendant permitted to illegally enter or reenter the United States during the term of probation. If the defendant is lawfully in the United States during the term of probation, the probation is reporting probation and the defendant must report to the nearest U.S. Probation Office and comply with the mandatory and standard conditions of probation. Violations of these terms of probation will likely result in revocation and imprisonment for up to six months.**

The special assessment imposed pursuant to 18 U.S.C. 3013 is hereby remitted pursuant to 18 U.S.C. 3573 because reasonable efforts to collect this assessment are not likely to be effective.

If is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed on this the 30th day of September, 2025.

_/s/ Miguel A. Torres_
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE